UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LA COMISIÓN EJECUTIVA HIDROELÉCTRICA DEL RÍO LEMPA, | § § § § | |
| Applicant, | § § | |
| | § | CIVIL ACTION NO. _____ |
| V. | § § | |
| EL PASO CORPORATION, | § § § | |
| Respondent. | § | |

### ORDER

Upon consideration of La Comisión Ejecutiva Hidroeléctrica del Río Lempa's ("CEL") Application for an Order Granting Assistance to Litigant Before Foreign Tribunal pursuant to 28 U.S.C. § 1782 and the declarations submitted therewith and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, it is therefore:

ORDERED, that the application is granted; and it is

FURTHER ORDERED, that CEL is authorized pursuant to 28 U.S.C. § 1782 to take discovery relating to the issues identified in CEL's application from Respondent, El Paso Corporation, also know as El Paso CGP Co., El Paso Technology Inc., and El Paso Energy Corporation ("El Paso") including issuing a subpoena to El Paso in the form attached thereto as Exhibit 4, and it is

FURTHER ORDERED, that CEL is authorized pursuant to 28 U.S.C. § 1782 to take the depositions of the El Paso representatives identified in Exhibit 4 and CEL is authorized to issue subpoenas for the deposition of these representatives in the form attached to the application as Exhibit 4, and it is

FURTHER ORDERED, that El Paso is directed to comply with such subpoenas in accordance with, and subject to its rights under, the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS SO ORDERED, this 8th day of July, 2008.

_____
**Presiding Judge, United States District Court**